## 23228

Herbert DENNIS, d/b/a Dennis Construction Company, Respondent v. The SOUTH CAROLINA NATIONAL BANK, Petitioner.

(393 S.E. (2d) 382)

Supreme Court

*L. Henry McKellar, Catherine Doscher Byrd, Stanley H. McGuffin,* Columbia, *for petitioner.*

*Thomas E. McCutchen, Evans Taylor Barnette,* and *G. Raymond McElveen, Jr.,* Columbia, *for respondent.*

Heard May 23, 1990.

Decided June 18, 1990.

*Per Curiam:*

We issued a writ of certiorari to review the opinion of the Court of Appeals reported at 299 S.C. 34, 382 S.E. (2d) 237 (Ct. App. 1988). After careful consideration of the briefs, arguments and applicable law, we conclude that the writ was improvidently granted.

Accordingly, the writ of certiorari is dismissed as improvidently granted.

Dismissed.